# Court of Appeals
# of the State of Georgia

ATLANTA,  June 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1855. ALFONDZOE SWAIN v. THE STATE.**

Alfondzoe Swain appeals the trial court's order denying his motion for credit for time served in confinement. The proper method for challenging credit for time served is through a mandamus action against prison officials. See *Warbington v. State*, 303 Ga. 649, 651 (814 SE2d 351) (2018). Such a motion filed in a criminal case is a nullity, which presents nothing to appeal. See id. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/16/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*